IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER DAVIS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-460-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Christopher Davis's motion for vacation of his sentence under 28 U.S.C. § 2255.

By: _Lynn Kamle, Deputy Clerk_          10-26-10
Peter Oppeneer, Clerk of Court                Date