IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                    MEMORANDUM

          Plaintiff,

                                                    10-cv-460-bbc
                                                    08-cr-44-bbc

   v.

CHRISTOPHER DAVIS,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On August 12, 2010, defendant filed a motion for post conviction relief under 28 U.S.C. § 2255. After the parties briefed the motion, I denied it in an order dated October 25, 2010.

Now the court has received a letter from the defendant inquiring as to the status of a motion for reconsideration that he says he mailed to the court on November 3, 2010. The court has no record of receiving such a motion. I will give defendant until December 27, 2010 in which to provide the court with a copy of his motion for reconsideration along with

1

proof that he mailed the original on November 3, 2010.

Entered this 8th day of December, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2